# Virginia Druce

**From:** Virginia Druce
**Sent:** Monday, December 09, 2019 2:17 PM
**To:** beth.c.warren@usdoj.gov
**Subject:** 2:19-cv-02913-BHH  Order
**Attachments:** 19-2913 Order.pdf

Good afternoon Ms. Warren:

Please find Judge Hendricks' Order which was filed in this case today. Please let me know if I can be of any assistance.



Virginia Druce
Civil Case Manager
85 Broad St.
Charleston, S.C. 29401
843-579-1407