# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) *ex rel.* RESPIRATORY CARE, LLC, *et. al.*, ) ) Plaintiffs-Relator, ) ) v. ) ) RESPIRONICS, INC., *et. al.*, ) ) Defendants. ) | Civil Action No. 2:19-02913-BHH **ORDER PARTIALLY LIFTING SEAL** |

The United States intervened against Defendant Respironics, Inc. for settlement purposes. The United States declined to intervene as to all other Defendants named in this action. It also requested that the Relator's third amended complaint (ECF No. 25), the United States' notice of election to partially intervene and partially decline and motion to partially lift the seal, the United States' proposed order partially lifting the seal, and all subsequent filings, including this Order, be unsealed. The United States additionally requested that all other papers on file in this action to date remain under seal and explained in support of that request that in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Upon consideration of the United States' notice of election to partially intervene and partially decline claims brought on behalf of the united states and motion to partially lift the seal, and good cause having been shown in support of the United States' motion to partially lift the seal,

IT IS ORDERED that:

1. The seal shall be lifted as to the Relator's redacted third amended complaint (ECF No. 25), the United States' notice of election to partially intervene and partially decline claims brought on behalf of the United States and motion to partially lift the seal, the attached settlement agreement to that notice, the proposed order filed by the United States in support of that motion, and this Order. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants.

2. Additionally, the seal shall be lifted as to all matters occurring after the date of this Order.

**IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

August 31, 2022
Charleston, South Carolina