# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* RESPIRATORY CARE, LLC, *et. al.*,<br><br>Plaintiffs-Relator,<br><br>v.<br><br>RESPIRONICS, INC., *et. al.*,<br><br>Defendants. | Civ. No. 2:19-cv-02913-BHH |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS BROUGHT ON BEHALF OF THE UNITED STATES

Pursuant to Rule 41(a)(1) of the Federal Rules of Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement between the United States, Relator Respiratory Care, LLC, and Defendant Respironics, Inc.[1], the United States, on behalf of the United States and the Relator, stipulates to the entry of an order: (1) dismissing all claims brought on behalf of the United States with prejudice as to the United States for the claims within the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other claims; (2) dismissing with prejudice as to the Relator for all claims brought on behalf of the United States; (3) dismissing with prejudice as to the Relator for all claims it brought individually.

Relator, on behalf of itself, its heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement with the United States and the terms and conditions described therein are fair, adequate and reasonable under all the

---

[1] Respironics, Inc. is now Phillips RS North America, LLC and this is the entity with which the United States entered into an agreement.

circumstances, that it will not challenge the settlement pursuant to 31 U.S.C. §3730(c)(2)(B), and that it expressly waives the opportunity for a hearing on any objection to the Settlement Agreement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States and the Relator respectfully request that the Court enter an order in the form of the attached proposed order dismissing all claims brought on behalf of the United States. The United States and the Relator also respectfully request that the Court retain exclusive jurisdiction over any disputes arising out of the Settlement Agreement.

This stipulation does not seek the dismissal of the claims brought by the Relator on behalf of the states or Relator's share of those claims.

DATE: September 7, 2022

                                                             Respectfully submitted,

                                                             BRIAN BOYNTON
                                                             Principal Deputy Assistant Attorney General

                                                             ADAIR F. BOROUGHS
                                                             United States Attorney

By:    s/Beth C. Warren
        Beth C. Warren (#11360)
        Johanna C. Valenzuela (#11130)
        Assistant United States Attorneys
        1441 Main Street, Suite 500
        Columbia, S.C. 29201
        Telephone (803) 929-3037
        *Attorneys for the United States of America*

        Jamie Ann Yavelberg
        Sara McLean
        Daniel A. Spiro
        Attorneys, Civil Division
        P.O. Box 261

Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3898
Daniel.spiro@usdoj.gov
*Attorneys for the United States of America*

BY: s/ William S. Norton
**MOTLEY RICE LLC**
James W. Ledlie (D.S.C. Bar No.7841)
William S. Norton (D.S.C. Bar No. 11343)
Joshua C. Littlejohn (D.S.C. Bar No. 10426)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jledlie@motleyrice.com
bnorton@motelyrice.com
jlittlejohn@motleyrice.com