# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* RESPIRATORY CARE, LLC, *et. al.*, <br><br> Plaintiffs-Relator, <br><br> v. <br><br> RESPIRONICS, INC., *et. al.*, <br><br> Defendants. | Civ. No. 2:19-cv-02913-BHH |

## ORDER OF DISMISSAL OF ALL CLAIMS
## BROUGHT ON BEHALF OF THE UNITED STATES

The United States intervened in this action for settlement purposes against the defendants. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and the Relator filed a Stipulation of Dismissal as to all claims against the defendants brought on behalf of the United States and the Relator. Upon due consideration of the Notice of Intervention, the Stipulation of Dismissal, and the other papers on file in this action,

**IT IS HEREBY ORDERED** that:

    a.    The United States' claims against the defendant Respironics, Inc. described as Covered Conduct, pursuant to and consistent with the terms and conditions of their collective settlement agreements, are dismissed with prejudice;

    b.    The remaining claims are dismissed without prejudice as to the United States;

c.  All claims of the Relator, pursuant to and consistent with the terms and conditions of the Settlement Agreements between the Relator, the defendants, and the United States, including the agreement between the Relator and the defendant Respironics, Inc. for fees and costs, are dismissed with prejudice;

d.  All claims brought on behalf of the states and Relators' claim to a share of any recovery from the states' claims are not dismissed.

**IT IS SO ORDERED.**

s/Bruce Howe Hendricks
United States District Judge

September 8, 2022

Charleston, South Carolina