IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RESPIRATORY CARE, LLC;<br><br>        Plaintiffs,<br>v.<br><br>RESPIRONICS, INC., *et al.*;<br><br>        Defendants. | **No: 2:19-CV-02913-BHH** |

## ORDER DISMISSING THE CLAIMS BROUGHT UNDER THE CALIFORNIA INSURANCE FRAUDS PREVENTION ACT (CIFPA)

Pursuant to the Stipulation filed in this matter by Relator, it is hereby ordered that all claims against Defendants, under the California Insurance Frauds Prevention Act, Cal. Ins. Code §§ 1871.7 *et seq.* (the "CIFPA Claims"), are DISMISSED. Such dismissal shall be WITH PREJUDICE with respect to Relator and WITHOUT PREJUDICE with respect to CDI.

IT IS SO ORDERED.

                                                  s/Bruce Howe Hendricks
                                                  United States District Judge

November 9, 2022

Charleston, South Carolina