IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,
ex rel. RESPIRATORY CARE, LLC, et. al.,
        Plaintiffs-Relator,,

vs.

RESPIRONICS, INC., et. al.,

        Defendant.

Case No.: 2:19-cv-02913-BHH

**ORDER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(l), the Settling Plaintiff States, Plaintiff Jeremy Orling, d/b/a Respiratory Care, LLC (the "Relator"), and Philips RS North America, LLC, f/k/a Respironics, Inc. ("Respironics"), filed a Stipulation of Dismissal of this case against Respironics. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS HEREBY ORDERED that:

1. Consistent with the terms and conditions of the State Settlement Agreements among Respironics and the States of: Alabama, Arizona, Arkansas, Delaware, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Virginia, and the District of Columbia the (the "Settling Plaintiff States"); and Respironics, all claims asserted on behalf of the Settling Plaintiff States for the Covered Conduct as defined in the State Settlement Agreements are dismissed with prejudice.

2. Consistent with the express consent received from the States of: Alaska, California, Colorado, Connecticut, Florida, Hawaii, Iowa, Massachusetts, Montana, Nevada, New Jersey, New Mexico, Oklahoma, Rhode Island, Texas, Vermont, and Washington, all claims asserted on behalf of these Plaintiff States in this action are dismissed without prejudice.

3. Consistent with the terms and conditions of the State Settlement Agreements, all remaining claims against Respironics asserted in this action on behalf of the Plaintiff States are dismissed without prejudice as to the United States and the Plaintiff States.

**IT IS SO ORDERED**

               s/Bruce H. Hendricks
               United States District Judge

March 7, 2023

Charleston, South Carolina